NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 03-1121


STATE OF LOUISIANA

VERSUS

JAMES RODNEY GILBERT


**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 55881
HONORABLE CHARLES BLAYLOCK ADAMS, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and Arthur J. Planchard,[*] Judges.

**AFFIRMED.**

Don M. Burkett
District Attorney
Clifford R. Strider, III
Assistant District Attorney
P. O. Box 1557
Many, LA 71449
(318) 256-6246
Counsel for Plaintiff/Appellee:
     State of Louisiana


Mary Constance Hanes

---

[*]Judge Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge *pro tempore*.

**Louisiana Appellate Project**
**P. O. Box 4015**
**New Orleans, LA 70178-4015**
**(504) 866-6652**
**Counsel for Defendant/Appellant:**
     **James Rodney Gilbert**